UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CARLOS JAVIER ALVAREZ,                        CASE NO.: 11-44246-AJC
                                              CHAPTER 13
      Debtor.
_____/

### DEBTORS' RESPONSE TO TRUSTEE'S NOTICE OF NON-COMPLIANCE AND MOTION TO DISMISS CASE UPON DENIAL OF CONFIRMATION OF PLAN

The Debtor, Carlos Javier Alvarez, by and through his undersigned counsel, file this his Response to the Trustee's Notice of Non-Compliance and Motion to Dismiss Case Upon Denial of Confirmation of Plan, and in support, state as follows:

1. The Debtor's voluntary Chapter 13 Case was filed on December 14, 2011.

2. As a result of changes to this case the 4th Amended Chapter 13 Plan was uploaded on June 22, 2012 (CP # 78).

3. According to the 4th Amended Chapter 13 Plan, the Trustee has the necessary payments bringing the current 4th Amended Plan current through July 14, 2012.

4. Debtor's counsel disputes the Trustee's Notice of Compliance and Request to Dismiss the Case Upon Denial of Confirmation.

WHEREFORE Movant prays that the Court would not Order the Dismissal of this case.

### CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed via CM/ECF and first class mail, this 2nd day of July, 2012, via ECF to: **Nancy N. Herkert, Trustee.**

                              Respectfully Submitted,

                              Law Office of Andres Montejo
                              Attorney for Debtors
                              6157 NW 167 Street, Suite F-21
                              Miami, FL 33015
                              Tel: 305-817-3677
                              Fax: 305-675-0666
                              Email: Andres@andresmontejolaw.com

                              /s/  Andres Montejo
                              _____
                              Andres Montejo, Esq.
                              Florida Bar No.:  659428