

ORDERED in the Southern District of Florida on July 20, 2012.

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                        Case No. 11-44246-AJC
                                              Chapter 13
Carlos Javier Alvarez,

  Debtor.
_____/

### ORDER ON DEBTOR'S MOTION FOR DETERMINATION OF TENANCY BY THE ENTIRETY [DE 13]

THIS CASE came to be heard on July 18, 2012 at 3:00 PM on Debtor's Motion for Determination of Tenancy by the Entirety [DE 13] and based on the record, it is,

**ORDERED as follows:**

Debtor's motion is denied.

\* \* \*

Submitted By:

/s/ Andres Montejo
    Andres Montejo 659428

Address    6157 NW 167th Street, Suite F-21
           Miami, Florida  33015
Phone:     305-817-3677
Email:     amontejo@andresmontejolaw.com

Attorney, Andres Montejo, is directed to mail a conformed copy of this Order to all interested parties and file a Certificate of Service with the Clerk of the Court immediately upon receipt thereof.