

ORDERED in the Southern District of Florida on July 25, 2012.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                           Case No. 11-44246-AJC
                                                 Chapter 13

Carlos Javier Alvarez,

    Debtor.
_____/

### ORDER ON TRUSTEE'S REQUEST FOR ENTRY OF ORDER DISMISSING CASE UPON DENIAL OF CONFIRMATION OF PLAN [DE 82]

THIS CASE came to be heard on July 18, 2012 at 3:00 PM on the Trustee's Request for Entry of Order Dismissing Case Upon Denial of Confirmation of Plan [DE 82] and based on the record, it is,

**ORDERED as follows:**

The Request for Order to Dismiss the case is denied and the Debtor is instructed to make two payments in the amount of 257.24 each according to the current plan prior to the confirmation hearing set for August 21, 2012.

\* \* \*

Submitted By:

/s/ Andres Montejo
    Andres Montejo 659428

Address    6157 NW 167th Street, Suite F-21
                Miami, Florida 33015
Phone:    305-817-3677
Email:     amontejo@andresmontejolaw.com

    Attorney, Andres Montejo, is directed to mail a conformed copy of this Order to all interested parties and file a Certificate of Service with the Clerk of the Court immediately upon receipt thereof.